# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: VONGCHANH, INTHA | § Case No. 09-70050 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/09/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 06/29/2010     By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: VONGCHANH, INTHA  § Case No. 09-70050
  §
  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 3,721.04 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 3,721.04 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 930.26 | $ 26.27 |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 2,170.00 | $ 56.50 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 639.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Cavalry Portfolio | $ 355.73 | $ 299.32 |
| 3 | Time Warner Cable | $ 283.67 | $ 238.69 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,927.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

UST Form 101-7-NFR (9/1/2009)

| 2 | Zievers & Dowse SC | $ 1,927.25 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Prepared By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1            Date Rcvd: Jul 01, 2010
Case: 09-70050                Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on Jul 03, 2010.
db           +Intha Vongchanh,    1129 Candlewick Dr.,    Poplar Grove, IL 61065-8998
aty          +David H Carter,    Rockford Bankruptcy Clinic,    One Court Place   Suite 401,
               Rockford, IL 61101-1088
13030921     +Bankruptcy Reporting Contact,    DCSE-MRU,    Box 19405,    Springfield, IL 62794-9405
13030922    ++++CAVALRY PORTFOLIO,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-5101
              (address filed with court: Cavalry Portfolio,     7 Skyline Dr. 3rd Floor,    Hawthorne, NY 10532)
13030925     +Credit Protection Assoc.,    13355 Noel Rd.,    Dallas, TX 75240-6602
13030926      Div. Child Support & Enforcement,    IL Dept of Public Aid,    506 S. 6th St. 6th Floor,
               Springfield, IL 62701
13030930     +Harris,    850 W. Army Trail Rd.,    Carol Stream, IL 60188-6001
13030931     +Harris & Harris,    600 W. Jackson St.,    Chicago, IL 60661-5636
13706278     +Kenosha Co Child Support Agency,    8600 Sheridan Rd Suite 301,    Kenosha WI 53143-6506
13030932     +Kristy Vongchanh,    1817 104th St. #137,    Pleasant Prairie, WI 53158-6228
13030933     +Lachapelle Credit Service,    200 S. Monroe Ave.,    Green Bay, WI 54301-4059
13030934     +Midland Credit,    8875 Aero Dr. Suite 2,    San Diego, CA 92123-2251
13030935     +Northwest Collectors,    3601 Algonquin Rd. Suite 500,    Rolling Meadows, IL 60008-3143
13030936     +OSI,    1375 E. Woodfield #110,    Schaumburg, IL 60173-5423
13030937     +Pinnacle,    514 Market Loop,    Dundee, IL 60118-2148
13030938     +Professional Acct. Mgmt,    2040 W. Wisconsin ave,    Milwaukee, WI 53233-2098
13030939     +Professional Credit Services,    Box 13128,    Hauppauge, NY 11788-0563
13030940     +SBC Wisconsin,    435 Ford Rd.,    Minneapolis, MN 55426-1063
13030941      Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-3946
13030942     +TCF Bank,    801 Marquette Av,    Minneapolis, MN 55402-3475
13030943     +The Affiliated Group,    316 1st Ave SW,    Rochester, MN 55902-3314
13030944     +United Resource,    Box 260603,    Denver, CO 80226-0603
13030945     +United Resource Systems,    10075 W. Colfax Ave,    Denver, CO 80215-3907
14810019     +Zievers & Dowse SC,    1108  56th St,    Kenosha, WI 53140-3669
The following entities were noticed by electronic transmission on Jul 01, 2010.
tr           +E-mail/Text: KATHY@EGBBL.COM                                        Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
13030923     +Fax: 602-221-4614 Jul 02 2010 02:25:06      Chase Automotive Finance,    Box 15700,
               Wilmington, DE 19886-0001
13030927     +E-mail/Text: admin@fcs2collect.com                                  Falls Collection,   Box 668,
               Germantown, WI 53022-0668
15214480     +E-mail/Text: crystal.womack@twcable.com                             Time Warner Cable,
               1320 N. Dr. Martin Luther King Dr.,    Milwaukee, WI 53212-4002
                                                                                                 TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13030924      Collect Associates
13030928      Georgia Power
13030946      Zievers Marry Douse
13030929      get
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
                                                                                               TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                    **Signature:**   *Joseph Speetjens*