# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: VONGCHANH, INTHA § Case No. 09-70050
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,750.00      Assets Exempt: $11,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $538.01      Claims Discharged
    Without Payment: $44,644.84

Total Expenses of Administration: $3,183.03

---

    3) Total gross receipts of $ 3,721.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,721.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,183.03 | 3,183.03 | 3,183.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 3,558.20 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 41,114.00 | 2,566.65 | 2,566.65 | 538.01 |
| **TOTAL DISBURSEMENTS** | $44,672.20 | $5,749.68 | $5,749.68 | $3,721.04 |

    4) This case was originally filed under Chapter 7 on January 09, 2009.
. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2010          By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 3,720.00 |
| Interest Income | 1270-000 | 1.04 |
| **TOTAL GROSS RECEIPTS** | | **$3,721.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 930.26 | 930.26 | 930.26 |
| MEGAN G. HEEG | 2200-000 | N/A | 26.27 | 26.27 | 26.27 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,170.00 | 2,170.00 | 2,170.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 56.50 | 56.50 | 56.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,183.03 | 3,183.03 | 3,183.03 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Kenosha Co. Child Support Agency | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristy Vongchanh | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Div. Child Support & Enforcement IL Dept of | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristy Vongchanh | 5200-000 | 3,558.20 | N/A | N/A | 0.00 |
| NOTFILED | Bankruptcy Reporting Contact DCSE-MRU | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 3,558.20 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 09-70050 Doc 49 Filed 11/04/10 Entered 11/04/10 15:26:51 Desc Main
Document Page 5 of 10

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Portfolio | 7100-000 | 356.00 | 355.73 | 355.73 | 299.32 |
| 2 | Zievers & Dowse SC | 7200-000 | 1,700.00 | 1,927.25 | 1,927.25 | 0.00 |
| 3 | Time Warner Cable | 7100-000 | N/A | 283.67 | 283.67 | 238.69 |
| NOTFILED | Professional Credit Services | 7100-000 | 355.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Acct. Mgmt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | OSI | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle | 7100-000 | 1,814.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Credit Service | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | SBC Wisconsin | 7100-000 | 124.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | United Resource | 7100-000 | 5,199.00 | N/A | N/A | 0.00 |
| NOTFILED | United Resource Systems | 7100-000 | 4,714.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Bank | 7100-000 | 329.00 | N/A | N/A | 0.00 |
| NOTFILED | The Affiliated Group | 7100-000 | 279.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Assoc. | 7100-000 | 191.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenosha Co. Child Support Agency | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Collect Associates | 7100-000 | 353.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Automotive Finance | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristy Vongchanh | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 1,754.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Power | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED | Falls Collection | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Lachapelle Credit Service | 7100-000 | 385.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 41,114.00 | 2,566.65 | 2,566.65 | 538.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70050  
**Case Name:** VONGCHANH, INTHA  

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/09/09 (f)  
**§341(a) Meeting Date:** 02/06/09  

**Period Ending:** 11/04/10  

**Claims Bar Date:** 05/19/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | checking account w/ Wachovia Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 2 | older furniture, tv, bedroom sets, table & chair | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | necessary wearing apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | misc. costume jewerly & watch | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | employer provided term life policy- no cash valu | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401K | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1997 Toyota Tacoma | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | TAX REFUNDS  (u) | 0.00 | 3,720.00 | | 3,720.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.04 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$11,750.00** | **$3,720.00** | | **$3,721.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 1, 2009    **Current Projected Date Of Final Report (TFR):**   June 15, 2010  (Actual)

Printed: 11/04/2010 03:19 PM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-70050  
**Case Name:** VONGCHANH, INTHA  

**Taxpayer ID #:** **-***9919  
**Period Ending:** 11/04/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****21-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/09 | {8} | Intha Vongchanh | tax refund | 1224-000 | 2,000.00 | | 2,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,000.06 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,000.14 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,000.22 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,000.29 |
| 02/19/10 | {8} | Intha Vongchanh c/o David H. Carter | Balance of 2008 tax refund | 1224-000 | 1,720.00 | | 3,720.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 3,720.37 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,720.53 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,720.55 |
| 04/06/10 | | Wire out to BNYM account 9200******2165 | Wire out to BNYM account 9200******2165 | 9999-000 | -3,720.55 | | 0.00 |

|  |  | | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -3,720.55 | 0.00 | |
| | | | | **Subtotal** | 3,720.55 | 0.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$3,720.55** | **$0.00** | |

{} Asset reference(s)

Printed: 11/04/2010 03:19 PM    V.12.54

Case 09-70050   Doc 49   Filed 11/04/10   Entered 11/04/10 15:26:51   Desc Main
Document      Page 9 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-70050  
**Case Name:** VONGCHANH, INTHA  

**Taxpayer ID #:** **-***9919  
**Period Ending:** 11/04/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2165 | Wire in from JPMorgan Chase Bank, N.A. account ********2165 | 9999-000 | 3,720.55 | | 3,720.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,720.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,720.94 |
| 06/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.10 | | 3,721.04 |
| 06/15/10 | | To Account #9200******2166 | prepare final report | 9999-000 | | 3,721.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,721.04 | 3,721.04 | $0.00 |
| | | | Less: Bank Transfers | | 3,720.55 | 3,721.04 | |
| | | | **Subtotal** | | **0.49** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.49** | **$0.00** | |

{} Asset reference(s)

Printed: 11/04/2010 03:19 PM   V.12.54

## FORM 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-70050 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | VONGCHANH, INTHA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******21-66 - Checking Account |
| Taxpayer ID #: | **-***9919 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/15/10 | | From Account #9200******2165 | prepare final report | 9999-000 | 3,721.04 | | 3,721.04 |
| 08/26/10 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,170.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,170.00 | 1,551.04 |
| 08/26/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $56.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 56.50 | 1,494.54 |
| 08/26/10 | 103 | Cavalry Portfolio | Dividend paid 84.14% on $355.73; Claim# 1; Filed: $355.73; Reference: | 7100-000 | | 299.32 | 1,195.22 |
| 08/26/10 | 104 | Time Warner Cable | Dividend paid 84.14% on $283.67; Claim# 3; Filed: $283.67; Reference: | 7100-000 | | 238.69 | 956.53 |
| 08/26/10 | 105 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 956.53 | 0.00 |
| | | | Dividend paid 100.00%    930.26 on $930.26;  Claim# ; Filed: $930.26 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    26.27 on $26.27;  Claim# ; Filed: $26.27 | 2200-000 | | | 0.00 |

| | | ACCOUNT TOTALS | 3,721.04 | 3,721.04 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 3,721.04 | 0.00 | |
| | | Subtotal | 0.00 | 3,721.04 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $3,721.04 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****21-65 | 3,720.55 | 0.00 | 0.00 |
| MMA # 9200-******21-65 | 0.49 | 0.00 | 0.00 |
| Checking # 9200-******21-66 | 0.00 | 3,721.04 | 0.00 |
| | $3,721.04 | $3,721.04 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2010 03:19 PM    V.12.54